The People of the State of New York ex rel. The Brooklyn Heights Railroad Company, Appellant, v. Maurice E. Connolly, as President of the Borough of Queens, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. John Seador, Respondent, v. William F. Thompson, as President, and Others, Comprising the Board of Education of School District No. 2 of the Town of Eastchester, Appellants.— The relator's children having been admitted to the public school before the return of the writ, the motion should have been denied. The order is, therefore, reversed, without costs. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Artemas Ward, Respondent, v. Alfred P. Gardiner, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Alexander Aljnuick, Appellant, v. American Manufacturing Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present— Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.